UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 20-10673-GW-KSx | Date | January 13, 2021 |
|---|---|---|---|
| Title | *Puff Corporation v. Kandypens, Inc.* | Page | 1 of 2 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – SCHEDULING ORDER**

The Court has reviewed the parties' Joint Rule 26(f) Report (Docket No. 73) and finds it can set the schedule in this matter without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the January 14, 2021 scheduling conference date is taken off calendar.

The Court sets the following dates:

1. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to January 29, 2021. Thereafter, any further amendments must be made by motion under Rule 16.

2. Post-mediation status conference is set for September 16, 2021 at 8:30 a.m., with mediation to be completed by September 13. The parties have agreed to private mediation. The parties will make the necessary arrangements such that mediation can be completed as scheduled.

3. All regular discovery will be completed by October 15, 2021. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be completed by November 16, 2021. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is December 20, 2021.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 20-10673-GW-KSx | Date | January 13, 2021 |
|---|---|---|---|
| Title | *Puff Corporation v. Kandypens, Inc.* | Page | 2 of 2 |

6. The pre-trial conference will be held on January 20, 2022 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials at http://www.cacd.uscourts.gov/sites/default/files/documents/GW/AD/Final%20Pretrial%20Order.

7. Jury trial will begin on February 1, 2022 at 9:00 a.m.